AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RONNIE D. BURRUS,

        Plaintiff

    v.                                      Civil Action No. 1:21-cv-00125

FEDERAL MARSHALLS, *Fort Wayne,*

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____ .

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Holly A. Brady.

DATE: May 27, 2021                    ROBERT N. TRGOVICH, CLERK OF COURT

                                                                   By: s/ L. Higgins-Conrad
                                                                   *Signature of Deputy Clerk*